Certificate Number: 15317-PAM-DE-033113175

Bankruptcy Case Number: 51-01322



15317-PAM-DE-033113175

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>July 15, 2019</u>, at <u>8:09</u> o'clock <u>PM PDT</u>, <u>Charles R Chisarick</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>July 15, 2019</u>    By:   <u>/s/Glenn Crisostomo</u>

Name: <u>Glenn Crisostomo</u>

Title: <u>Counselor</u>