Certificate Number: 15317-PAM-DE-033113176

Bankruptcy Case Number: 51-01322


15317-PAM-DE-033113176

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>July 15, 2019</u>, at <u>8:09</u> o'clock <u>PM PDT</u>, <u>Hannah M Chisarick</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 15, 2019</u>   By:   <u>/s/Glenn Crisostomo</u>

                                                               Name:  <u>Glenn Crisostomo</u>

                                                               Title:  <u>Counselor</u>