Certificate Number: 15317-PAM-DE-033114575

Bankruptcy Case Number: 19-01322



15317-PAM-DE-033114575

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on July 15, 2019, at 8:09 o'clock PM PDT, Charles R Chisarick completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 16, 2019  By: /s/Glenn Crisostomo

Name: Glenn Crisostomo

Title: Counselor