Certificate Number: 15317-PAM-DE-033114576

Bankruptcy Case Number: 19-01322



15317-PAM-DE-033114576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2019, at 8:09 o'clock PM PDT, Hannah M Chisarick completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 16, 2019     By:   /s/Glenn Crisostomo

                        Name: Glenn Crisostomo

                        Title: Counselor