```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                             Case No. 19-01322-RNO
Charles R Chisarick                                                Chapter 7
Hannah M Chisarick
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5           User: admin                Page 1 of 1        Date Rcvd: Jul 29, 2019
                               Form ID: 318               Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
```
db/jdb         +Charles R Chisarick,    Hannah M Chisarick,    87 Cooper Street,     Pringle, PA 18704-1801
5179884        +Best Buy,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
5179886        +Good Year CBNA,    PO Box 6497,    Sioux Falls SD 57117-6497
5179887        +Navient,    123 Justiston Street 3rd Floor,    Wilmington, DE 19801-5363
5179888         Nissan Infiniti LT,    PO Box 660366,    Dallas TX 75266-0366
5179889        +Private National Mortgage,    PO Box 514387,    Los Angeles, CA 90051-4387
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Jul 29 2019 23:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5179885         EDI: CRFRSTNA.COM Jul 29 2019 23:18:00      Credit First National Assoc.,    P.O. Box 81315,
                 Cleveland OH 44181-0315
5179890        +EDI: RMSC.COM Jul 29 2019 23:18:00      SYNCB/Lowes,    PO Box 965005,    Orlando FL 32896-5005
5180165        +EDI: RMSC.COM Jul 29 2019 23:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5179891         EDI: CITICORP.COM Jul 29 2019 23:18:00      The Home Depot CBNA,    PO Box 6497,
                 Sioux Falls SD 57117-6497
5179893        +EDI: WFFC.COM Jul 29 2019 23:18:00      Wells Fargo,    PO Box 14517,    Des Moines IA 50306-3517
5179892        +EDI: WFFC.COM Jul 29 2019 23:18:00      Wells Fargo,    PO Box 94435,    Albuquerque NM 87199-4435
                                                                                                TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
```
              Brian C Nicholas    on behalf of Creditor    Pennymac Loan Services LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Pennymac Loan Services LLC bkgroup@kmllawgroup.com
              John Fisher    on behalf of Debtor 1 Charles R Chisarick johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Fisher    on behalf of Debtor 2 Hannah M Chisarick johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Charles R Chisarick** | Social Security number or ITIN | xxx−xx−3979 |
| | First Name    Middle Name    Last Name | EIN | _ _ − _ _ _ _ _ _ _ |
| Debtor 2 | **Hannah M Chisarick** | Social Security number or ITIN | xxx−xx−4927 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _ − _ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Middle District of Pennsylvania** | | | |
| Case number:    **5:19−bk−01322−RNO** | | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Charles R Chisarick                                  Hannah M Chisarick

**By the court:**

*[signature]*

7/29/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**