United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                        Case No. 19-01322-RNO
Charles R Chisarick                                          Chapter 7
Hannah M Chisarick
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr      Page 1 of 1           Date Rcvd: Aug 07, 2019
                             Form ID: fnldec       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db/jdb          +Charles R Chisarick,    Hannah M Chisarick,    87 Cooper Street,    Pringle, PA 18704-1801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
          Brian C Nicholas    on behalf of Creditor    Pennymac Loan Services LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Pennymac Loan Services LLC bkgroup@kmllawgroup.com
          John  Fisher    on behalf of Debtor 1 Charles R Chisarick johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          John  Fisher    on behalf of Debtor 2 Hannah M Chisarick johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,   PA41@ecfcbis.com;psheldon@sheilslaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles R Chisarick, | Chapter     7 |
| **Debtor 1** | |
| Hannah M Chisarick, | Case No.     5:19–bk–01322–RNO |
| **Debtor 2** | |

Social Security No.:

       xxx–xx–3979        xxx–xx–4927

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Robert P. Sheils, Jr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  August 7, 2019            By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)